UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERWIN SUCCESS #416867,  )
        Plaintiff,  )
   )   No. 1:21-cv-254
v.  )
   )   Honorable Paul L. Maloney
MATTHEW MACAULEY, *et al.*,  )
        Defendants.  )
   )

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: November 29, 2022                      /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge